AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT

for the

Middle District of Florida

| United States of America | ) | |
| v. | ) | |
| | ) | Case No. |
| STEPHEN REITZ | ) | 6:22-mj- 1713 |
| | ) | |
| | ) | |
| | ) | |
| *Defendant(s)* | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____ July 15, 2022 _____ in the county of _____ Brevard _____ in the

_____ Middle _____ District of _____ Florida _____ , the defendant(s) violated:

| Code Section | Offense Description |
| --- | --- |
| 18 U.S.C. § 2252A(a)(5)(B) | Possession of child pornography |

This criminal complaint is based on these facts:

See Attached Affidavit

☐ Continued on the attached sheet.

_____
*Complainant's signature*

William Parks, Special Agent, FBI
*Printed name and title*

Sworn to before me and signed in my presence.

Date: _____ 07/15/2022 _____

_____
*Judge's signature*

City and state: _____ Orlando, Florida _____

Embry J. Kidd, United State Magistrate Judge
*Printed name and title*

**STATE OF FLORIDA**                          **CASE NO.:  6:22-mj-**1713

**COUNTY OF ORANGE**

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, William Parks, being duly sworn, do hereby depose and state as follows:

1.      This affidavit is submitted in support of a criminal complaint against Stephen Ernest Reitz ("REITZ"), for violations of 18 U.S.C. § 2252A(a)(5)(B), specifically, possession of child pornography.  As set forth in more detail below, I believe there is probable cause that on or about July 15, 2022 in Brevard County, Florida, REITZ possessed child pornography using any means or facility of interstate or foreign commerce or that had been transported in interstate or foreign commerce, in violation of 18 U.S.C. § 2252A(a)(5)(B).

2.      I am a Special Agent with the Federal Bureau of Investigation ("FBI") and have been so employed since March 2020.  I am currently assigned to the Tampa Field Office, Brevard Resident Agency, where I am responsible for conducting various investigative matters including criminal investigations involving intelligence-based operations to defeat hostile intelligence activities targeting the United States and those involving violent crime.  I am currently assigned to the FBI Violent Crimes Against Children Task Force.

3.      I have received specialized training concerning investigations of sex crimes, child exploitation, child pornography, and computer crimes.  I have also

1

investigated and assisted in the investigation of matters involving the possession, receipt, distribution, and production of child pornography. During the course of my training and investigations, I have had the opportunity to observe and review numerous examples of child pornography (as defined in 18 U.S.C. § 2256) in all forms of media, including computer media. Moreover, I am a special agent who is engaged in enforcing the criminal laws, including 18 U.S.C. § 2252A.

4.     I have participated in various training courses concerning the investigation and enforcement of federal child pornography laws in which computers are used as the means for receiving, transmitting, and storing child pornography. Additionally, I have participated in the execution of search warrants involving searches and seizures of computers, computer equipment, software, and electronically stored information.

5.     I am investigative or law enforcement officer of the United States within the meaning of 18 U.S.C. § 2510(7), that is, an officer of the United States who is empowered by law to conduct investigations of and make arrests for offenses enumerated in 18 U.S.C. § 2516.

6.     I make this affidavit based on my experience and background as a law enforcement officer, including my experience with the FBI; my personal participation in the investigation; information provided by other FBI Special Agents who participated in this investigation with me, and other law enforcement officers and agency personnel. Because this affidavit is being submitted for the limited purpose of

establishing probable cause for the issuance of a criminal complaint, I have not set forth each and every fact learned during the course of this investigation.

## PROBABLE CAUSE STATEMENT

7.     The instant investigation involves a user of "Freenet" — which is an Internet-based, peer-to-peer ("P2P") network that allows users to anonymously share files, chat on message boards, and access websites within the network.   Law enforcement agents have been investigating child pornography trafficking by Freenet users since at least 2011.

8.     In order to access Freenet, a user must first download the Freenet software, which is free and publicly available.  The Freenet "source code" — i.e., the computer programming code that facilitates Freenet's operation – is also publicly available.  In other words, Freenet is "open source" software that may be examined and analyzed by anyone with the pertinent expertise or knowledge.

## FREENET REQUESTS IN THE INSTANT INVESTIGATION

9.     The FBI uses law enforcement computers, computer software, and agents specifically trained in the use of the Freenet network to investigate the trafficking of child pornography on the Freenet network.  Law enforcement computers do not target specific peers on Freenet nor do law enforcement computers solicit requests from any peers.  The Freenet information collected by law enforcement computers is logged and provided to Freenet-trained law enforcement personnel in order to further investigations into Freenet.   The FBI developed law enforcement techniques to

identify the IP address of the original Freenet user who requested a file using the Freenet network.

10.     On or about January 2, 2022, the FBI identified IP address of 184.90.239.7 (the "TARGET IP ADDRESS") as a computer running Freenet software that had requested previously identified videos of child pornography from the Freenet network on three occasions.

11.     Between Sunday, January 2, 2022, at 05:35:38 AM UTC and Sunday, January 2, 2022, at 06:02:11 AM UTC, a computer running Freenet software with the TARGET IP ADDRESS, with an average of 40.50 peers, requested from a law enforcement computer 36 out of 1,233 total pieces needed to assemble a file with a SHA1 digital hash value of 3N2DFURQP3KLM5MKJ3BFCIBRGET3GBYQ.[1] I have downloaded the exact same file with the above referenced SHA1 hash value from Freenet. The file contained a video titled "Vid433.mp4." The video is approximately 16 minutes and 36 seconds in length. The video features two female children who are approximately 8-9 years old. The two female children disrobe exposing their vaginas. One of the female children then uses her hand to spread her vagina apart while standing in front of the camera with a green pencil-like object inserted in her vagina.

12.     Between Sunday, January 2, 2022, at 06:43:45 AM UTC and Sunday January 2, 2022, at 06:48:17 AM UTC, a computer running Freenet software with the TARGET IP ADDRESS, with an average of 38.00 peers, requested from a law

---

[1] "SHA1" stands for "secure hash algorithm – 1" and refers to a particular type of cryptographic hash value.

4

enforcement computer 21 out of 456 required pieces needed to assemble a file with a SHA1 digital hash value of NRG3JKDSXVVW3XJ5AJDPQJIIFM6ATH7Q.  I have downloaded the exact same file with the above referenced SHA1 hash value from Freenet.    The file contained a video titled "wincomp-2.mp4."    The video is approximately 3 minutes and 45 seconds in length.  The video is a compilation video featuring approximately 10 different female children who are approximately 10-12 years old.  During the compilation video series, the children disrobe exposing their prepubescent breasts, buttocks, and vaginas.  The children are sitting, dancing, and masturbating their vaginas throughout the video.

13.    Between Sunday, January 2, 2022, at 07:05:00 AM UTC and Sunday, January 2, 2022, at 07:37:45 AM UTC, a computer running Freenet software with the TARGET IP ADDRESS, with an average of 36.95 peers, requested from a law enforcement computer 88 out of 3,158 required pieces needed to assemble a file with a SHA1 digital hash value of 7HWLGQV73YAONRROKKS4XFKQD72ACAYK. I have downloaded the exact same file with the above referenced SHA1 hash value from Freenet.  The file contained a video titled "Webcam – 8Yo Kelly 03 (Blond) Perfect Hot Little Body.mpg."  The video is approximately 9 minutes and 37 seconds in length.  The video features a female child who is approximately 8-9 years old. During the video the child is sitting in a chair and lifts her shirt exposing her vagina. The child masturbates while sitting in the chair and inserts a coloring pencil inside her vagina.  The child then gets on all fours in the chair and inserts a coloring pencil inside

5

her vagina again.  Towards the end of the video, the child remains on all fours in the chair and uses her hands to spread her buttocks and vagina apart.

14.    Using law enforcement techniques, agents were able to determine that a Freenet user with the TARGET IP ADDRESS requested pieces of the child pornography files described above from a law enforcement Freenet computer on the above-mentioned dates.

15.    Using publicly available search tools, law enforcement determined that the TARGET IP ADDRESS was controlled by the Internet Service Provider ("ISP") Spectrum (a brand of Charter Communications).

16.    On or about February 2, 2022, an FBI administrative subpoena/summons was served on Charter Communications for subscriber information relating to the use of the TARGET IP ADDRESS for the dates of January 2, 2022, at 05:35:00 UTC and January 2, 2022, at 07:37:00 UTC.  A review of the results obtained on February 17, 2022, revealed, among other things, the subscriber's name as J.R.[2] and address as 230 Albert Avenue, Melbourne, Florida 32935 (the "SUBJECT PREMISES"), located in Brevard County, in the Middle District of Florida.

17.    On July 14, 2022, using this information and other evidence obtained through other law enforcement techniques, the FBI obtained a federal search warrant for the SUBJECT PREMISES (Middle District of Florida, Case No. 6:22-mj-1705).

---

[2] The subscriber information returned provided the full name of the subscriber.

## SEARCH WARRANT AND INTERVIEW OF STEPHEN REITZ

18.     On July 15, 2022, the FBI executed the search warrant at the SUBJECT
PREMISES.  During the execution of the search warrant, the FBI contacted a male
identified as Stephen REITZ who resided at the SUBJECT PREMISES.[3]  A laptop
computer was found in the bedroom that REITZ identified as his room.  Agents also
found a silver external hard drive that REITZ identified as belonging to him.

19.     REITZ was interviewed by FBI Special Agents at the SUBJECT
PREMISES.  Prior to the interview, REITZ was advised that he was not under arrest,
he did not have to answer any questions, and was free to leave.  REITZ understood
this and agreed to the post-Miranda interview.  During the interview, REITZ admitted
to the following:

20.     REITZ has resided at the SUBJECT PREMISES for approximately two
years and admitted to downloading child pornography at that SUBJECT PREMISES.
REITZ used the Freenet Application to download and possess child sexual abuse
material ("CSAM"), or child pornography.  According to REITZ, he used a laptop
computer in his bedroom to access the Freenet network and download files containing
CSAM using the internet.  REITZ used specific search terms such as "young", "nude",
"child" and "families" to locate and download images and videos of CSAM.  REITZ
admitted to keeping a copy of the downloaded CSAM on a silver external hard drive
in his bedroom.  According to REITZ, he often deleted the CSAM files and Freenet

---

[3] Stephen REITZ has been identified as the son of J.R., the subscriber listed for the
TARGET IP ADDRESS.

program. REITZ stated that he received CSAM via the Freenet application as recent as approximately one to two months ago.

21.     REITZ stated that he had been downloading and viewing CSAM for approximately 10 years. REITZ acknowledged that downloading CSAM was illegal. REITZ also admitted that he was attracted to CSAM videos and images that featured female children ranging in ages 10-15 years old. According to REITZ, he masturbates to the videos and images he downloads in order to resist his urge to engage in hands-on sexual offenses with children. When REITZ was asked whether or not he could identify a child that he had a sexual interest in, he responded he had thoughts and urges to engage in sexual acts with unknown female children 10-13 years old.

## DIGITAL FORENSIC REVIEW

22.     During the preliminary forensic review on July 15, 2022, the FBI was able to access a silver SSK external hard drive that was located in REITZ's bedroom at the SUBJECT PREMISES. During the review of the external hard drive, an FBI Special Agent located several images and videos of CSAM. Below are the descriptions of three CSAM videos located on the device:

- File name: "web_cute_020_018.avi"

    - Description: The video is approximately 21 minutes and 48 seconds in length. The video features two prepubescent females approximately 11-12 years old on a webcam. Throughout the video the females are clothed, however, as the video progresses, the females disrobe exposing their anuses and vagina to the camera. In particular, one female conducts a sexual act on herself by digitally penetrating her vagina.

- File name: "web_cute_020_028.avi"

  o Description: The video is approximately 36 minutes and 40 seconds in length. The video features two prepubescent females approximately 12 years old on a webcam. Throughout the video the females are clothed, however, as the video progresses, the females disrobe exposing their anuses and vagina to the camera.

- File name: "[000002].avi"

  o Description: The video is approximately 4 minutes and 29 seconds in length. The video features two prepubescent females approximately 10-11 years old on a webcam. Throughout the video the females are clothed, however, as the video progresses, the females disrobe exposing their anuses and vagina to the camera.

## **CONCLUSION**

23.     Based on the above, there is probable cause that on July 15, 2022, REITZ, while in Brevard County, in the Middle District of Florida, knowingly possessed child pornography, in violation of 18 U.S.C. § 2252A(a)(5)(B).

William K. Parks
Special Agent
Federal Bureau of Investigation

Affidavit submitted by email and attested to me
as true and accurate via Zoom consistent
with Fed. R. Crim. P. 4.1 and 4(d)
before me this 15 day of July 2022.

EMBRY J. KIDD
United States Magistrate Judge